REGINA VEIHELMANN, Respondent, *v.* MANUFACTURERS SAFE DEPOSIT COMPANY, Appellant.

Argued January 4, 1954; decided March 11, 1954.

*Stephen P. Duggan, Jr., Irving Parker* and *Maxwell E. Cox* for appellant.

*Peter Keber* and *Theodore G. Metzger* for New York State Bankers Association, *amicus curiæ,* in support of appellant's position.

*Arnold Boyd* and *William E. Mills, Jr.,* for New York Safe Deposit Association, *amicus curiæ,* in support of appellant's position.

*Ralph Stout, Frederick B. Merkle* and *Louis Rothbard* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. Taking no part: VAN VOORHIS, J.